UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TYRONE HARRIS,  Petitioner, | : : : |
| v. | : No. 2:17-cv-01688 : |
| LAWRENCE MAHALLY, et al.,  Respondents. | : : : |

# **O R D E R**

In April 2017, Petitioner, proceeding *pro se*, filed a proposed petition for writ of habeas corpus with the Court of Appeals for the Third Circuit, which transferred the petition to this Court. *See* ECF No. 1. On November 30, 2017, the Honorable Linda K. Caracappa issued a Report and Recommendation, which recommends that Harris's petition be dismissed and that a certificate of appealability not be granted. ECF No. 10. No objections to the Report and Recommendation have been timely raised.[1] Accordingly, this Court must "satisfy itself that there is no clear error on the face of the record in order to accept the recommendation." Fed. R. Civ. P. 72(b) advisory committee Notes; *see also Henderson v. Carlson*, 812 F.2d 874, 878 (3d Cir. 1987) (the district court must "afford some level of review" when no objections have been made). Having done so, this 16th day of January, 2018, it is hereby **ORDERED** that:

1. The Report and Recommendation is **APPROVED and ADOPTED**;
2. The Petition for Writ of Habeas Corpus is **DENIED with prejudice**;
3. There is no probable cause to issue a certificate of appealability;
4. The Clerk of Court shall mark this case **CLOSED** for statistical purposes.

BY THE COURT:

*/s/ Joseph F. Leeson, Jr.*
JOSEPH F. LEESON, JR.
United States District Judge

---

[1] Federal Rule of Civil Procedure 72(b)(2) provides, in pertinent part, that "[w]ithin 14 days after being served with a copy of the recommended disposition, a party may serve and file specific written objections to the proposed findings and recommendations."